# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 12-1279    **Short Title:** Hussey v. City of Cambridge

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

City of Cambridge and Dr. Branville Bard, Jr., in his capacity as Commissioner of the Cambridge Police Department as the

[ ] appellant(s)   [✓] appellee(s)   [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

*Kate M. Kleimola*   4/9/24
Signature   Date

Kate M. Kleimola
Name

City of Cambridge   (617) 349-4121
Firm Name (if applicable)   Telephone Number

795 Massachusetts Ave., 3rd Fl
Address   Fax Number

Cambridge, MA 02139   kkleimola@cambridgema.gov
City, State, Zip Code   Email (required)

Court of Appeals Bar Number: 1211887

Has this case or any related case previously been on appeal?

[✓] No   [ ] Yes   Court of Appeals No. _____

=============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).