# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-1279  **Short Title:** Hussey v. City of Cambridge

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
National Education Association & Massachusetts Teachers Association     as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

_____        February 17, 2026
Signature                         Date

Jason Walta
Name

National Education Association    202-822-7035
Firm Name (if applicable)          Telephone Number

1201 16th St. NW                   202-822-7033
Address                            Fax Number

Washington DC 20036                jwalta@nea.org
City, State, Zip Code              Email (required)

Court of Appeals Bar Number: 78674

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).