# United States Court of Appeals
## For the First Circuit

No. 24-1279

BRIAN HUSSEY,

Plaintiff - Appellant,

v.

CITY OF CAMBRIDGE; CHRISTINE ELOW, in her official capacity as Commissioner of the Cambridge Police Department,

Defendants - Appellees,

BRANVILLE G. BARD, JR., in his individual capacity,

Defendant.

**ORDER OF COURT**

Entered: February 24, 2026

    Upon consideration, Movant Lawyers for Civil Rights' motion for a 14-day extension of time to file an amicus curiae brief is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Harold L. Lichten, Benjamin Weber, Jack Ives Bartholet, E. Joshua Rosenkranz, Robert Mark Loeb, Kate Kleimola, Leigh Kramer, Elise M. Baranouski, Peter Jude Duffy, Eric R. Atstupenas, Iván E. Espinoza-Madrigal, Oren McCleary Sellstrom, Mirian Albert