## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, the amicus curiae submitting this brief makes the following disclosures: (1) it is a non-profit corporation; (2) it has no parent corporations; and (3) no publicly held corporations own 10% or more of any of its stock, and in fact, it has no stock.