No. 24-1279

# In the United States Court of Appeals for the First Circuit

BRIAN HUSSEY,

*Plaintiff-Appellant,*

v.

CITY OF CAMBRIDGE; CHRISTINE ELOW, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE CAMBRIDGE POLICE DEPARTMENT,

*Defendants-Appellees,*

BRANVILLE G. BARD, JR., IN HIS INDIVIDUAL CAPACITY,

*Defendant.*

On Appeal from the United States District Court
for the District of Massachusetts, No. 1:21-cv-11868-AK
The Honorable Angel Kelley

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF THE BECKET FUND FOR RELIGIOUS LIBERTY IN SUPPORT OF PLAINTIFF-APPELLANT AND REVERSAL**

ADÈLE A. KEIM
  *Counsel of Record*
LUKE W. GOODRICH
JORDAN T. VARBERG
BENJAMIN A. FLESHMAN
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
  Suite 400
Washington, D.C. 20006
(202) 955-0095
*akeim@becketfund.org*

*Counsel for* Amicus Curiae

Pursuant to Federal Rule of Appellate Procedure 29 and the January 28 Order of this Court, the Becket Fund for Religious Liberty ("Becket") respectfully requests leave to file the accompanying amicus brief. In support of this motion, Becket states as follows:

A. *Interest of the proposed amicus.* The Becket Fund for Religious Liberty is a non-profit, nonpartisan law firm that protects the free expression of all religious faiths. Becket has represented agnostics, Buddhists, Christians, Hindus, Jains, Jews, Muslims, Santeros, Sikhs, and Zoroastrians, among others, including as merits counsel before the U.S. Supreme Court and in this Court. *See, e.g., Hosanna-Tabor Evangelical Lutheran Church & Sch. v. EEOC*, 565 U.S. 171 (2012); *Burwell v. Hobby Lobby Stores, Inc.*, 573 U.S. 682 (2014); *Holt v. Hobbs*, 574 U.S. 352 (2015); *Zubik v. Burwell*, 578 U.S. 403 (2016); *Our Lady of Guadalupe Sch. v. Morrissey-Berru*, 591 U.S. 732 (2020); *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 591 U.S. 657 (2020); *Fulton v. City of Philadelphia*, 593 U.S. 522 (2021); *Catholic Charities Bureau, Inc. v. Wisconsin Lab. & Indus. Rev. Comm'n*, 605 U.S. 238 (2025); *Mahmoud v. Taylor*, 606 U.S. 522 (2025) *see also St. Dominic Acad. v. Makin,* 744 F. Supp. 3d 43 (D. Me. 2024), No. 24-1739 (1st Cir. argued Jan. 7, 2025).

Becket has also participated in numerous Supreme Court free speech cases as amicus counsel. *See, e.g., 303 Creative LLC v. Elenis*, 600 U.S. 570 (2023); *Shurtleff v. City of Boston*, 596 U.S. 243 (2022); *Matal v. Tam*,

582 U.S. 218 (2017); *Heffernan v. City of Paterson*, 578 U.S. 266 (2016). Becket regularly represents religious people who are employed by the government. *See, e.g.*, *Rolovich v. Wash. State Univ.*, No. 22-cv-319, 2023 WL 3733894 (E.D. Wash. May 30, 2023), *appeal docketed*, No. 25-761 (9th Cir. Feb. 5, 2025). As a result of this work, Becket has an interest in ensuring that the law adequately protects government workers when they engage in religious speech.

B. *Reasons why the proposed amicus brief is relevant and desirable.* In its order granting rehearing en banc and ordering supplemental briefing, this Court welcomed amicus briefs on specific topics related to the panel opinion. Becket's proposed amicus brief responds to this Court's invitation by explaining why this Circuit's "disparagement" standard is not consistent with the Supreme Court's First Amendment jurisprudence because it invites impermissible viewpoint discrimination and a heckler's veto. The proposed brief argues that the disparaging nature of the speech should be considered, if at all, only as part of the "manner, time, and place" analysis in the government's part of the *Pickering* balancing test.

The proposed amicus brief further explains that any approach adopted by the en banc court must be especially solicitous of government employees' private religious speech. A rule that allows government employers to punish employees for engaging in "disparaging" religious speech outside of the workplace will inevitably entangle federal judges in deciding religious questions in a way that both the Establishment and

3

Free Exercise Clauses forbid. Becket takes no position on the further questions from the Court.

Both Plaintiff-Appellant and Defendants-Appellees consented to the filing of this motion and the accompanying amicus brief.

## CONCLUSION

For the foregoing reasons, Becket respectfully requests leave to file the accompanying amicus brief in this case.

Respectfully submitted,

/s/ Adèle A. Keim
ADÈLE A. KEIM
  *Counsel of Record*
LUKE W. GOODRICH
JORDAN T. VARBERG
BENJAMIN A. FLESHMAN
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
  Suite 400
Washington, D.C. 20006
(202) 955-0095
*akeim@becketfund.org*

*Counsel for* Amicus Curiae

February 25, 2026