No. 24-1279

_____

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

_____

BRIAN HUSSEY,

PLAINTIFF-APPELLANT,

v.

CITY OF CAMBRIDGE; CHRISTINE ELOW, in her official capacity as Commissioner of the Cambridge Police Department, DEFENDANTS-APPELLEES.

_____

ON REHEARING EN BANC

_____

**ASSENTED-TO MOTION OF PROPOSED AMICI CURIAE AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF MAINE, AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE, AMERICAN CIVIL LIBERTIES UNION OF PUERTO RICO, AND AMERICAN CIVIL LIBERTIES UNION OF RHODE ISLAND, FOR LEAVE TO FILE EN BANC *AMICI CURIAE* BRIEF IN SUPPORT OF NEITHER PARTY (SUPPORTING VACATUR AND REMAND)**

_____

The American Civil Liberties Union, American Civil Liberties Union of Maine, American Civil Liberties Union of Massachusetts, American Civil Liberties Union of New Hampshire, American Civil Liberties Union of Puerto Rico, and American Civil Liberties Union of Rhode Island ("Proposed *Amici Curiae*"), respectfully move under Federal Rule of Appellate Procedure 29(b)(2) for leave to file an *amici curiae* brief. As grounds, Proposed *Amici Curiae* state:

1

1.    On January 28, 2026, this Court granted rehearing of the instant case *en banc* and stated that amici are welcome to file *amicus* briefs in this matter, provided that they seek prior leave of court. The Court further stated that amicus briefs are to be submitted no later than 7 days after the principal supplemental briefs are filed. The supplemental briefs were filed on February 18, 2026.

2.    The American Civil Liberties Union ("ACLU") is a nationwide, nonprofit organization that since 1920 has sought to protect the civil liberties of all Americans. The American Civil Liberties Unions of Maine, Massachusetts, New Hampshire, Puerto Rico, and Rhode Island are state and territorial affiliates of the ACLU. Proposed *Amici Curiae* have frequently appeared as both counsel and *amici* in cases concerning the First Amendment. *See, e.g.*, *Nat'l Rifle Ass'n of Am. v. Vullo*, 602 U.S. 175 (2024) (ACLU as counsel); *Project Veritas Action Fund v. Rollins*, 982 F.3d 813 (1st Cir. 2020) (ACLU of Massachusetts as counsel).

3.    The proposed brief highlights arguments and perspectives distinct from those represented by the parties. Proposed *Amici Curiae* intend to argue that public-employee speech should not receive less First Amendment weight in the *Pickering* balance because the Court deems the speech mocking, derisive, or derogatory; instead, courts should consider the inflammatory nature of the employee's speech only as part of the factual inquiry into the employer's interest in preventing

workplace disruption. *Amici* respectfully submit that vacatur and remand is warranted here so that the district court can apply the correct standard.

4.      All parties assent to this motion.

Wherefore, Proposed *Amici Curiae* respectfully request leave to file an *amici curiae* brief.

Date: February 25, 2026

Jessie J. Rossman No. 1161236
Rachel Davidson No. 1197867
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
rdavidson@aclum.org

Gilles R. Bissonnette No. 123868
Henry Klementowicz No. 1179814
AMERICAN CIVIL LIBERTIES UNION OF
NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
(603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org

Carol Garvan No. 1145471
Zachary L. Heiden No. 99242
AMERICAN CIVIL LIBERTIES UNION OF
MAINE FOUNDATION
P.O. Box 7860
Portland, ME 04112
(207) 619-6224
cgarvan@aclumaine.org
zheiden@aclumaine.org

Respectfully submitted,

*/s/ Brian Hauss*
Brian Hauss No. 1183865
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
bhauss@aclu.org

Fermín L. Arraiza-Navas No. 73810
AMERICAN CIVIL LIBERTIES UNION
PUERTO RICO CHAPTER
Union Plaza, Suite 1105
416 Avenida Ponce de León
San Juan, Puerto Rico 00918
(787) 753-9493
farraiza@aclu.org

Lynette Labinger No. 23027
Cooperating Counsel
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF RHODE ISLAND
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com

*Counsel for Proposed Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding parts of the motion exempted by Fed. R. App. P. 32(f), this document contains 342 words. This motion complies with the typeface and typestyle requirements of Fed. R. App. P. 27(d)(1)(E) because this document has been prepared in a proportionally spaced typeface using Microsoft Word with Times New Roman font in 14-point type.

Dated: February 25, 2026                                      */s/ Brian Hauss*
                                                              Brian Hauss

## CERTIFICATE OF SERVICE

I certify that on February 25, 2026, this motion was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Dated: February 25, 2026

/s/ *Brian Hauss*
Brian Hauss

6